# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155588(84)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDRE HAYNES,
      Defendant-Appellant.
_____/

SC: 155588
COA: 329038, 329101, 329109
Wayne CC: 15-001414-FC
            15-001416-FC
            15-001415-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on May 24, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2017



Clerk